# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIEFE MARTEL BOYCE,<br><br>　　　　　Defendant. | Case No. 2:21-CR-00076-JAD-NJK<br><br>**ORDER GRANTING<br>UNOPPOSED MOTION TO<br>CONDUCT A PRE-PLEA<br>DETERMINATION OF CRIMINAL<br>HISTORY** |

　　　　COMES NOW, appointed counsel, Shari L. Kaufman, Assistant Federal Public Defender, hereby moves this Court request a Pre-Plea Determination of Criminal History be prepared by the Probation department.

　　　　1.　　It appears that defendant may be Armed Career Criminal eligible under 18 U.S.C. section 924(e). Whether Mr. Boyce would be an Armed Career Criminal, or subject to the Career Offender Guideline will drastically impact his sentencing exposure, negotiations, and client's decision as to how he should proceed. A pre-plea determination of criminal history will promote judicial economy and aid in the manner in which this case is ultimately resolved.

　　　　2.　　Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea determination of criminal history in 90 days.

3. Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Daniel J. Cowhig regarding this request and he has no opposition. The Department of Probation has also been made aware that this request is forthcoming.

DATED this 16th day of April 2021.

RENE L. VALLADARES
Federal Public Defender

By: /s/ Shari L. Kaufman
SHARI L. KAUFMAN
Assistant Federal Public Defender
Attorney for Kiefe Martel Boyce

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: April 21, 2021