# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIEFE MARTEL BOYCE,<br><br>　　　　Defendant. | Case No. 2:21-cr-00076-JAD-NJK-1<br><br>**ORDER**<br><br>ECF No. 42 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, April 4, 2022 at 11:00 a.m., be vacated and continued to June 13, 2022, at the hour of 11:00 a.m.

　　DATED this 17th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE