**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>KIEFE MARTEL BOYCE,<br><br>        Defendant. | Case No. 2:21-cr-00076-JAD-NJK-1<br><br>**ORDER**<br><br>ECF No. 44 |

   Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, June 13, 2022 at 11:00 a.m., be vacated and continued to August 15, 2022, at 10:00 a.m.

   DATED this 8th day of June, 2022.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE