# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00076-JAD-NJK-1 |
| Plaintiff, | **ORDER** |
| v. | |
| KIEFE MARTEL BOYCE, | ECF No. 46 |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, August 15, 2022 at 10:00 a.m., be vacated and continued to October 31, 2022, at 2:00 p.m.

DATED this 8th day of August, 2022.

_____

UNITED STATES DISTRICT JUDGE