UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIEFE MARTEL BOYCE,<br><br>    Defendant. | Case No. 2:21-cr-00076-JAD-NJK-1<br><br>**ORDER**<br><br>ECF No. 51 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, November 10, 2022 at 1:00 p.m., be vacated and continued to November 30, 2022, at 10:00 a.m.

    DATED this 4th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE